IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA
CIVIL ACTION

DANIEL AND SUSAN SCHMITT,

    Plaintiff,

v.                                             CASE NO.:

HARTFORD INSURANCE COMPANY OF THE MIDWEST,

    Defendant.

_____/

## COMPLAINT FOR DAMAGES

**COMES NOW**, Plaintiff, DANIEL AND SUSAN SCHMITT (hereinafter "Plaintiff"), by and through its undersigned counsel, hereby sues Defendant, HARTFORD INSURANCE COMPANY OF THE MIDWEST (hereinafter "Defendant"), and alleges as follows:

## COMMON ALLEGATIONS
### Jurisdiction & Parties:

1. This is an action for damages in excess of $50,000.00, exclusive of interest, fees, and costs, and therefore jurisdiction is with this Court.

2. This action is for a property insurance dispute regarding insurance that covers a piece of real property located within LEE County with an address of 15410 Catalpa Cove Ln., Fort Myers, FL 33908 (hereinafter "Property"), and therefore is within jurisdiction of this Court.

3. The Property is owned by DANIEL AND SUSAN SCHMITT (hereinafter "Homeowner").

4. This is an action concerning a residential policy of insurance for the above Property. Delivery of the Policy was made in the state of Florida. Therefore, jurisdiction is with this Court.

5. As detailed more fully herein, Defendant, through its agents, breached the policy of insurance in Florida, and therefore is in the jurisdiction of this Court.

6. The Defendant issued the residential policy that covered the Property.

7. All condition precedent under *Fla. Stat.* 627.70152 has now been complied with, by notifying the Florida Department of Financial Services with a notice of the intent to initiate this litigation at least 10 business days prior to the filing hereof.

8. Defendant's payments for the loss will be made in this County. Therefore, jurisdiction is proper with this Court.

## Background Facts:

9. The policy issued by Defendant that covered the Property has a **policy number** of **99058604502019**. (hereinafter "Policy.") Despite demand for a certified copy of the Policy, Defendant has unlawfully, and without any justification, refused to provide one. A Declarations Page is attached as "Exhibit A" to show coverage was extended.

10. The Homeowner procured insurance and has timely paid the premiums due under the Policy and followed all of its obligations under the Policy to be covered in case of need.

11. On or about 9/28/2022, the Property suffered extensive damage in excess of the deductibles contained in the Policy. Damages occurred as a result of flooding from Hurricane Ian. Said damages are covered under the Policy of insurance issued by Defendant.

12. The Homeowner, and later Plaintiff and its agents, timely reported the loss to Defendant and requested coverage under the Policy.

13. Defendant's assigned claim number is **382116**.

14. Now that the Property has suffered a covered loss that needs to be repaired, Defendant refuses to indemnify the Homeowner for the damages covered under the Policy.

15. At all times, the Homeowner and its agents have complied with all requests and demands of Defendant.

16. Plaintiff has provided detailed estimates showing the amount of money due and owing under the policy.

17. Defendant has refused to pay the amount of money due under the Policy and has therefore, underpaid for the loss.

18. Plaintiff has been damaged by Defendant's failure to the pay the amounts due and owing under the Policy.

19. All conditions precedent to this action have been complied with, substantially complied with, or waived. Defendant has suffered no prejudice.

## COUNT 1 – BREACH OF CONTRACT

20. Plaintiff re-avers and re-alleges paragraphs 1-18, as if fully alleged herein.

21. The Policy covered the losses to the Property.

22. The Policy is a contract that exists between the Homeowner and Defendant.

23. The Policy required Defendant to pay the amount of money necessary to restore the Property to its pre-loss condition.

24. Defendant has failed to provide all payments due under the Policy for the loss.

25. Defendant's failure to pay on this loss is a breach of the contract.

26. Defendant's breach has caused ongoing damages to the Property and to Plaintiff.

27. As a result of the breach, Plaintiff had to retain the undersigned attorney and firm, and has agreed to pay a reasonable fee for which Defendant is liable under *Fla. Stat. 627.428*.

**WHEREFORE,** Plaintiff demands judgment against Defendant for the amounts due under the Policy, plus costs, prejudgment interest, and attorneys' fees pursuant to *Fla. Stat. 627.428* and any other source.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury for all issues so triable.

## DESIGNATION OF E-MAIL ADDRESS PURSUANT TO RULE 2.516

Pursuant to *Fla. R. Jud. Admin. 2.516*, Plaintiff hereby files its notice of designation of email address for the purpose of service of all documents in this proceeding: paul@mychampionlawyer.com.

Respectfully submitted,

**Champion Legal Group, PLLC**

/s/ Paul T. Udouj
Paul T. Udouj, Esq.
Fla. Bar. No. 1008102
Attorney for Plaintiff
9240 Bonita Beach Road SE, Suite 2205
Bonita Springs, Florida 34135
(239) 314-7773
paul@mychampionlawyer.com
service@mychampionlawyer.com

**THE HARTFORD**

SUPER INS OF SOUTH WEST FLORIDA
9001 HIGHLAND WOODS BLV #4
BONITA SPRINGS, FL 34135

# EXHIBIT "A"

November 09, 2021

DANIEL SCHMITT / SUSAN LABONNE
15410 CATALPA COVE LN
FORT MYERS, FL 33908-1709

Policy Number: 99058604502019

Insured(s): DANIEL SCHMITT/SUSAN LABONNE
Property Location: 15410 CATALPA COVE LN
FORT MYERS, FL 339081709

## Flood Insurance Policy Packet

This packet includes:

- Your Flood Insurance Declarations Page
- A National Flood Insurance Program Summary of Coverage
- Claims Guidelines in Case of a Flood

If you would like to electronically view or print a copy of the Standard Flood Insurance Policy, visit https://TheHartford.ManageFlood.com. Your consent to this policy delivery option is assumed, unless you contact us to request a mailed or e-mailed copy of the policy.

If you would like a copy of the Standard Flood Insurance Policy e-mailed or mailed to you, please contact our customer service team at 877-625-8251 or thehartford@torrentcorp.com.

## Important Information About The National Flood Insurance Program

Federal law requires insurance companies that participate in the National Flood Insurance Program to provide you with the enclosed Summary of Coverage. It's important to understand that the Summary of Coverage provides only a general overview of the coverage afforded under your policy. You will need to review your flood insurance policy, Declarations Page, and any applicable endorsements for a complete description of your coverage. The enclosed Declarations Page indicates the coverage you purchased, your policy limits and the amount of your deductible.

You will soon receive additional information about the National Flood Insurance Program. This information will include a Claims Handbook, a history of flood losses that have occurred on your property as contained in FEMA's data base, and an acknowledgement letter.

If you have any questions about your flood insurance policy, please contact your agent or your insurance company.

CLAIM GUIDELINES IN CASE OF A FLOOD

For the protection of you and your family, the following claim guidelines are provided by the National Flood Insurance Program (NFIP).  If you are ever in doubt as to what action is needed, consult your insurance representative.

Insurance Agent: SUPER INS OF SOUTH WEST FLORIDA

Agent's Phone Number: (239) 495-0805

• Notify us or your insurance agent, in writing, as soon as possible after the flood.

• Your claim will be assigned to an NFIP certified adjuster.

• Identify the claims adjuster assigned to your claim and contact him or her if you have not been contacted within 24 hours after you reported the claim to your insurance representative.

• As soon as possible, separate damaged property from undamaged property so that damage can be inspected and evaluated.

• To help the claims adjuster, take photographs of the outside of the premises showing the flooding and the damage and photographs of the inside of the premises showing the height of the water and the damaged property.

• Place all account books, financial records, receipts, and other loss verification material in a safe place for examination and evaluation by the claims adjuster.

• Work cooperatively with the claims adjuster to promptly determine and document all claim items. Be prepared to advise the claims adjuster of the cause and responsible party(ies) if the flooding resulted from other than natural cause.

• Make sure that the claims adjuster fully explains, and that you fully understand, all allowances and procedures for processing claim payments.  This policy requires you to send us a signed and sworn-to, detailed proof of loss within 60 days after the loss.

• Any and all coverage problems and claim allowance restrictions must be communicated directly from the NFIP. Claims adjusters are not authorized to approve or deny claims; their job is to report to the NFIP on the elements of flood cause and damage.

At our option, we may accept an adjuster's report of the loss instead of your proof of loss. The adjuster's report will include information about your loss and the damages to your insured property.

**THE HARTFORD**

SUPER INS OF SOUTH WEST FLORIDA
9001 HIGHLAND WOODS BLV #4
BONITA SPRINGS, FL 34135

Agency Phone:   (239) 495-0805

| | |
|---|---|
| NFIP Policy Number: | 9905860460 |
| Company Policy Number: | 99058604502019 |
| Agent: | SUPER INS OF SOUTH WEST FLORIDA |
| Policy Term: | 12/28/2021 12:01 AM through 12/28/2022 12:01 AM |
| Renewal Billing Payor: | INSURED |
| To report a claim visit or call us at: | https://TheHartford.ManageFlood.com  (800) 787-5677 |

# RENEWAL FLOOD INSURANCE POLICY DECLARATIONS
## STANDARD POLICY - DWELLING FORM

| DELIVERY ADDRESS | INSURED NAME(S) AND MAILING ADDRESS |
|---|---|
| DANIEL SCHMITT / SUSAN LABONNE  15410 CATALPA COVE LN  FORT MYERS, FL 33908-1709 | DANIEL SCHMITT / SUSAN LABONNE  15410 CATALPA COVE LN  FORT MYERS, FL 33908-1709 |

| COMPANY MAILING ADDRESS | PROPERTY LOCATION |
|---|---|
| Hartford Insurance Company of the Midwest  PO BOX 913385  DENVER, CO 80291-3385 | 15410 CATALPA COVE LN  FORT MYERS, FL 339081709 |

Refer to www.fema.gov/cost-of-flood for more information about flood risk and policy rating.

DESCRIPTION:   SINGLE FAMILY HOME

### RATING INFORMATION

| | | | |
|---|---|---|---|
| ORIGINAL NEW BUSINESS DATE: | 12/28/2016 | DATE OF CONSTRUCTION: | 06/01/2001 |
| REINSTATEMENT DATE: | N/A | COMMUNITY NUMBER: | 125124 0415 F   REGULAR PROGRAM |
| BUILDING OCCUPANCY: | SINGLE FAMILY | COMMUNITY NAME: | LEE COUNTY |
| CONDOMINIUM INDICATOR: | NOT A CONDO | CURRENT FLOOD ZONE: | AE |
| NUMBER OF UNITS: | N/A | GRANDFATHERED: | NO |
| PRIMARY RESIDENCE: | YES | FLOOD RISK/RATED ZONE: | AE |
| ADDITIONS/EXTENSIONS: | I - INCLUDES ADDITIONS/EXTENSIONS | ELEVATION DIFFERENCE: | -2 |
| BUILDING TYPE: | THREE OR MORE FLOORS | ELEVATED BUILDING TYPE: | ELEVATED |
| BASEMENT/ENCLOSURE/CRAWLSPACE TYPE: | FINISHED ENCLOSURE WITHOUT PROPER OPENINGS | | |

### MORTGAGEE / ADDITIONAL INTEREST INFORMATION

FIRST MORTGAGEE:                                                                                                    LOAN NO:  N/A

SECOND MORTGAGEE:                                                                                              LOAN NO:  N/A

ADDITIONAL INTEREST:                                                                                            LOAN NO:  N/A

DISASTER AGENCY:                                                                                                    CASE NO:  N/A
                                                                                                                                          DISASTER AGENCY:

### PREMIUM CALCULATION —                                                                                 Submit for Rate

| | COVERAGE | DEDUCTIBLE | BASIC COVERAGE | BASIC RATE | ADD'L COVERAGE | ADD'L RATE | DED. DISCOUNT/SURCHARGE | PREMIUM |
|---|---|---|---|---|---|---|---|---|
| BUILDING | $250,000 | $1,250 | $60,000 | 0.680 | $190,000 | 0.080 | ($11.00) | $549.00 |
| CONTENTS | $100,000 | $1,250 | $25,000 | 0.380 | $75,000 | 0.120 | ($4.00) | $181.00 |

Coverage limitations may apply. See your policy form for details.

| | |
|---|---:|
| ANNUAL SUBTOTAL: | $730.00 |
| INCREASED COST OF COMPLIANCE: | $9.00 |
| COMMUNITY RATING DISCOUNT:     0% | $0.00 |
| RESERVE FUND ASSESSMENT:   18.0% | $133.00 |
| PROBATION SURCHARGE: | $0.00 |
| ANNUAL PREMIUM : | $872.00 |
| HFIAA SURCHARGE: | $25.00 |
| FEDERAL POLICY SERVICE FEE: | $50.00 |
| TOTAL: | $947.00 |

In witness whereof, we, as officers of the stock Company declared on the Declarations Page, have cause this policy to be executed and attested. If required by state law,  this policy shall not be valid unless countersigned by our authorized representative.

*Douglas Elliot*
Doug Elliot, President

*Terence Shields*
Terence Shields, Secretary

**Zero Balance Due - This Is Not A Bill**

This declarations page along with the Standard Flood Insurance Policy Form constitutes your flood insurance policy.

Policy issued by   Hartford Insurance Company of the Midwest                                         Company NAIC:   37478

File:  18138660     Page  1   of   1                                                                    DocID: 150176913

Printed  11/09/2021

This page is intentionally left blank.