# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**DANIEL AND SUSAN SCHMITT,**

    **Plaintiffs,**

**vs.**                                             **CASE NO. 2:23-cv-00796-JLB-KCD**

**HARTFORD INSURANCE COMPANY OF THE MIDWEST,**

    **Defendant.**

## JOINT NOTICE OF SETTLEMENT

Plaintiffs, Daniel and Susan Schmitt, and Defendant, Hartford Insurance Company of the Midwest, hereby file this Joint Notice of Settlement to advise the Court that the parties met, conferred, and arrived at a mutually agreeable resolution of all claims contained within the pleadings. The Parties respectfully request the Court enter a sixty (60) day conditional order of dismissal to finalize and conclude the terms of the settlement, saving jurisdiction over this matter to reinstate should settlement not be perfected.

Dated: September 5, 2024.

Respectfully submitted:

**NIELSEN & TREAS, LLC**

<u>*/s/ John. A. Unzicker, Jr.*</u>
John A. Unzicker, Jr., FLBA No. 320366
3838 North Causeway Blvd.
Suite 2850
Metairie, Louisiana 70002
P: 504-837-2500; F: 504-603-0730
junzicker@nt-lawfirm.com
*Counsel for Defendant, Hartford Insurance Company of the Midwest*

And

**Champion Legal Group, PLLC**

<u>*/s/Paul T. Udouj*</u>
Paul T. Udouj, Esq.
Fla. Bar. No.: 1008102
Attorney for Plaintiff
9240 Bonita Beach Road SE
Suite 2205
Bonita Springs, Florida 34135
paul@mychampionlawyer.com
service@mychampionlawyer.com
*Counsel for Plaintiffs, Daniel and Susan Schmitt*

2